# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

LEOBARDO GARZA,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of the Social
Security Administration,

    Defendant.

Case No. CV 12-00772 AJW

**J U D G M E N T**

**IT IS ADJUDGED** that defendant's decision is **affirmed**.

August 26, 2013

_____
ANDREW J. WISTRICH
United States Magistrate Judge