**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| **LEOBARDO GARZA,** ) | |
| ) | |
| **Plaintiff,** ) | Case  No. CV 12-00772 AJW |
| ) | |
| **v.** ) | **J U D G M E N T** |
| ) | |
| **CAROLYN W. COLVIN,** ) | |
| **Acting Commissioner of the Social** ) | |
| **Security Administration,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| _____) | |

   **IT IS ADJUDGED** that defendant's decision is **affirmed**.

August 26, 2013

         _____
         ANDREW J. WISTRICH
         United States Magistrate Judge